AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br><br>Roberto VASQUEZ-ROJAS,<br><br>*Defendant(s)* | Case No.<br>25-269 ( M ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 19, 2025__ in the county of __-__ in the __--__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry after Deportation. |

This criminal complaint is based on these facts:

See Attached Affidivit.

Reviewed by: AUSA Jose A. Contreras
Assistant United States Attorney

The United States requests temporary detention pending preliminary hearing and detention hearing.

☑ Continued on the attached sheet

**MARIANO E GARAY ORTIZ**
Digitally signed by MARIANO E GARAY ORTIZ
Date: 2025.03.20 10:37:10 -04'00'

*Complainant's signature*

Mariano Garay-Ortiz, Enforcement Officer, CBP
*Printed name and title*

Sworn to before me pursuant to FRCP 4.1 at **12:20 PM** by telephone, this **20th** day of March 2025, in San Juan, Puerto Rico.

Date: **3/20/25**

City and state: San Juan, Puerto Rico

*Judge's signature*

Marcos E. Lopez, U.S. Magistrate Judge
*Printed name and title*